### *UNITED STATES DISTRICT COURT*

### *DISTRICT OF ARIZONA*

| | |
|---|---|
| United States of America<br><br>v.<br><br>1.  Javier Eduardo VALDEZ-Fierro,<br>2.  Alberto Jordan ATIENZO-Otero,<br>3.  Jose Angel RODRIGUEZ-Hurtado,<br>4.  Christian Andres CASTRO-Torres,<br>5.  Pedro Elieser SOLTELO-Veliz,<br>6.  Yamir Eduardo HERNANDEZ-Luzanilla,<br>7.  Leobardo MARTINEZ-Vasquez, and<br>8.  Jordy Manuel VERDUGO-Gutierrez | CRIMINAL COMPLAINT<br><br>CASE NUMBER:  MJ-26-04075-PCT-CDB |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### <u>COUNT 1</u>

On or about March 2, 2026, in the County of Navajo, in the District of Arizona, the defendants, Javier Eduardo VALDEZ-Fierro, Alberto Jordan ATIENZO-Otero, Jose Angel RODRIGUEZ-Hurtado, Christian Andres CASTRO-Torres, Pedro Elieser SOLTELO-Veliz, Yamir Eduardo HERNANDEZ-Luzanilla, Leobardo MARTINEZ-Vasquez, and Jordy Manuel VERDUGO-Gutierrez knowingly, did have in their possession goods and chattels of a value $1,000 or more, that is Nike shoes, which had been stolen from a BNSF train while moving in interstate commerce from California to Arizona, knowing the goods and chattels to be stolen, in violation of Title 18, United States Code, Sections 659 and 2.

I further state that I am a Special Agent for Homeland Security Investigations (HSI) and that this complaint is based on the following facts:

//

//

**CC:  USM & PTS**

**See Attached Statement of Probable Cause Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:      ☒Yes      ☐ No

AUTHORIZED BY: AUSA Patrick Sloane

GUSTAVO A BARRERA
Digitally signed by GUSTAVO A BARRERA
Date: 2026.03.04 11:44:27 -07'00'

Gustavo Antonio Barrera, SA for HSI

Name of Complainant                                    Signature of Complainant

Sworn to telephonically before me

_____      at      Flagstaff, Arizona

Date                                                          City and State

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2026.03.04 13:53:08 -07'00'

HONORABLE CAMILLE D. BIBLES

United States Magistrate Judge

Name & Title of Judicial Officer                    Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, Gustavo Antonio Barrera, a Special Agent for Homeland Security Investigations (HSI), being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the United States (U.S.) Department of Homeland Security (DHS) Homeland Security Investigations (HSI) Flagstaff, AZ, and have been employed since June 2024. During my tenure as a Special Agent, I completed a 12-week Criminal Investigator Training Program and a 13-week HSI Special Agent Training Program at the Federal Law Enforcement Training Center (FLETC). Prior to my tenure as a Special Agent, I served as a police officer in Arlington County, Virginia for approximately 1 year. I graduated from Marymount University with a Bachelor of Arts in Criminal Justice and a Master of Arts in Forensic Psychology. I am a law enforcement officer of the U.S., and I am empowered by law to conduct criminal investigations, make arrests, and serve search and arrest warrants.

2.      As a Special Agent with HSI, Your Affiant investigates criminal violations of United States law, including import and export violations, controlled substances law violations, and money laundering violations. Your Affiant is familiar with investigations involving stolen vehicle organizations, theft rings, possession, manufacture, distribution, and importation of controlled substances, as well as methods used to finance drug transactions.  As an HSI Special Agent, Your Affiant has been trained in conducting narcotics and money laundering investigations and received specialized training concerning violations of the Controlled Substances Act contained within Title 21 of the U.S. Code.  Your Affiant is currently assigned to the HSI Flagstaff Office located in Flagstaff, Arizona, where we investigate transnational criminal organizations to include money laundering and drug trafficking organizations operating throughout the U.S.

3.      By virtue of my employment as a Special Agent, Your Affiant has performed various tasks, which include, but are not limited to:

a.  functioning as a surveillance agent, thus observing and recording movements of persons involved in violations of United States Code as well as violations of Arizona State law;

b.  functioning as a case agent, entailing the supervision of specific investigations involving various crimes throughout the United States; and

c.  conducting complex investigations involving transnational criminal organizations committing various crimes throughout the United States.

4.  I have consulted with other experienced investigators concerning the practices of transnational criminal organizations and the best methods of investigating them. In preparing this affidavit, I have conferred with other Special Agents and law enforcement officers. Furthermore, I have personal knowledge of the following facts or have learned them from the individual(s) mentioned herein.

5.  Based on the below facts, Your Affiant submits there is probable cause that Javier Eduardo VALDEZ-Fierro, Alberto Jordan ATIENZO-Otero, Jose Angel RODRIGUEZ-Hurtado, Christian Andres CASTRO Torres, Pedro Elieser SOLTELO-Veliz, Yamir Eduardo HERNANDEZ-Luzanilla, Leobardo MARTINEZ-Vasquez, and Jordy Manuel VERDUGO-Gutierrez committed the crime of Possession or Receipt of Goods Stolen from Interstate Shipment, and aiding and abetting, in violation of Title 18, U.S.C. §§ 659 and 2.

## BACKGROUND

6.  Over the past 15 years, several Transnational Criminal Theft Organizations have been burglarizing Burlington Northern Santa Fe (BNSF) Railway as well as Union Pacific trains throughout the Southwest of the United States to include Arizona. These organizations consist primarily of Mexican citizens from the Mexican State of Sinaloa who operate out of Arizona and California, with extensive connections throughout California, Arizona, and New Mexico. The train burglaries have increased in frequency over the past two years.

7.  Scouts usually target high value containers on the BNSF railway on Eastbound trains that parallel Interstate 40 near Needles, California. Once the organization targets a particular train of interest, they typically find a location for several train burglars to get on the train. Once on the train, the burglars open container doors while the train is moving and target merchandise to steal such as electronics, tools and wearing apparel. The burglars often target containers with visible high-security locks and use reciprocating saws, bolt-cutters, or similar tools to defeat the locking mechanisms.   Once the burglars target a specific container that has desirable merchandise, the burglars often cut the train's braking system air hose, which causes the train to go into an emergency stop (commonly referred to as "UDE"), which is a sudden and dramatic application of all the brakes on the train. By cutting an air hose, the burglars' control when and where the train is stopped in order to unload the cargo they target to burglarize. This act is very dangerous and can cause a train to derail, which could ultimately cause serious injury or death to BNSF employees or citizens. The burglars have also sabotaged the train signal system by cutting the locks off signal boxes and then by cutting the control wires inside. This is also a dangerous act that creates dark areas on the rail network, requiring non-traditional train dispatching functions and extensive repairs. High-value trains travel at speeds up to 70 MPH on multiple tracks in both east and west direction. The train crews and train dispatchers rely on the signals for safe transportation.

8.  The burglars on the train communicate with follow vehicles utilizing cellular devices, and those follow vehicles surveil the train until it stops, either at a natural stopping point or when the burglars cause the stop to unload the freight. Once the burglars unload the merchandise from the container that is on the train, the burglars often hide the product in fields or brush adjacent to the BNSF tracks to conceal it until it can be picked up at a later time. The location of the stolen merchandise is then shared by the train burglars with the use of cellular telephones to the surveillance crew who are following the train. A U-Haul, box truck, cargo panel van, or pickup trucks are used to pick up the stolen merchandise if law enforcement is not detected. Once the stolen merchandise has been

picked up, it is usually transported to California where it is sold or fenced to wholesale online retailers such as third-party Amazon and eBay resellers.

**CURRENT INVESTIGATION**

9. On March 2, 2026, BNSF Train ZLACMEM801A was traveling eastbound from California when it stopped near Joseph City, Arizona at railroad marker 267.4. The train was stopped from approximately 5:30 p.m. until 6:20 p.m. During the BNSF stoppage, Customs and Border Protection (CBP) air asset, HIS special agents, local law enforcement, and BNSF agents observed approximately 6 individuals unloading master cases from container SEGU5867101 located approximately 23 containers from the front of the train. It was later learned that the master cases from container SEGU5867101 contained unreleased Nike shoes. CPB air asset, with recording capabilities, captured the entirety of this event.

10. I conducted Department of Homeland Security import research related to container SEGU5867101 and learned that on January 28, 2026, container SEGU5867101 was shipped on Motor Vessel CMA CGM Mexico, voyage 1TUGL, which departed from Vũng Tàu, Vietnam, and arrived at Los Angeles, CA on February 21, 2026. After its arrival, container SEGU5867101 was transferred to BNSF for transportation along the Transcontinental railroad.

11. At approximately 08:47 p.m., CBP air asset, with recording capabilities, observed a dark-colored van bearing Arizona license plate CH84269 and a U-Haul style box truck bearing Arizona license plate AH21952 arrive at the location of the unloaded master cases. CBP air asset observed 8 individuals load the master cases into the rear compartment of the box truck bearing license plate Arizona AH21952.

12. At approximately 08:58 p.m., CBP air asset observed approximately 7 individuals get into the dark-colored van (AZ/ CH84269) and approximately 1 individual get into the box truck (AZ/ AH21952). Both vehicles began traveling westbound on the railroad frontage road, and Federal and local law enforcement approached the scene to apprehend the suspects.

13.     At approximately 8:59 p.m., the subjects fled the scene on foot into the desert at approximately mile marker 272 from interstate 40. Said area is not developed and is not heavily populated. CBP air asset assisted with locating all suspects in the remote desert area by giving their locations to agents.

14.     At approximately 10:30 p.m., HSI agents and local support located and arrested the driver of the dark-colored van (AZ/ CH84269), Javier Eduardo VALDEZ-Fierro, and the driver of the box truck (AZ/ AH21952), Jose Angel RODRIGUEZ-Hurtado without incident. Law enforcement observed both drivers exit their respective vehicles and run in the same general direction towards what appeared to be a culvert. Once beyond the culvert both drivers were apprehended by law enforcement.

15.     By approximately 11:25 p.m., HSI agents and local support had located and arrested all remaining 6 subjects without incident. Those subjects were identified as Jordy Manuel VERDUGO-Gutierrez, Pedro Elieser SOTELO-Veliz, Yamir Eduardo HERNANDEZ-Luzanilla, Christian Andres CASTRO-Torres, Alberto Jordan ATIENZO-Otero, and Leobardo MARTINEZ-Vasquez. CBP air asset kept constant visual on the movements of the 6 subjects and guided HSI agents and local support to the locations of the 6 individuals who had fled into the remote area from the two vehicles.

16.     The box truck (AZ/ AH21952) was found to be filled with approximately 200 master cases with STYLE number: 580603-002. BNSF agents also discovered approximately 100 master cases with the same STYLE number stuffed in and around a drainage pipe near the original target location.

17.     Open-source research shows that STYLE: 580603-002 are unreleased Air Jordan model "Son of Mars Low" and will not be available to the public until May 1, 2026. Each pair has a manufacturer's suggested retail price of $165 USD. With approximately 300 master cases, each containing 6 pairs of shoes, the approximate value of shoes stolen in $300,000.00 USD.

18.    At approximately 2:30 a.m., a video and audio-recorded interview of Javier Eduardo VALDEZ-Fierro was conducted. Javier Eduardo VALDEZ-Fierro was read his *Miranda* warnings in Spanish and agreed to willfully answer questions. After an interview conducted by BNSF agent Greg Hughes and I, the following information was learned:

19.    Javier Eduardo VALDEZ-Fierro stated that a friend, only known as, Manuel offered him $350 USD to follow a train. He stated he was instructed to drive a black van, which he confirmed was the van bearing license plate AZ/ CH84269. VALDEZ-Fierro stated he received the van on February 28, 2026. VALDEZ-Fierro stated he arrived in Flagstaff sometime before sunrise. He stated he was instructed to follow a train and assist with loading master cases. VALDEZ-Fierro stated he only had the phone number of an individual named "Angel", who was determined to be Jose Angel RODRIGUEZ-Hurtado.

20.    At approximately 03:10 a.m., a video and audio-recorded interview of Alberto Jordan ATIENZO-Otero was conducted. Alberto Jordan ATIENZO-Otero was read his *Miranda* warnings in Spanish and agreed to willfully answer questions. After an interview conducted by BNSF agent Greg Hughes and I, the following information was learned:

21.    Alberto Jordan ATIENZO-Otero stated that he was invited by an unknown friend to work in Flagstaff, Arizona. He added that he was not told what work was to be done. Alberto Jordan ATIENZO-Otero stated his friend did not tell him how much he would be paid. When asked about an ID found in his wallet with a different name, he simply said "I'm not going to answer that."

22.    At approximately 4:00 a.m., a video and audio-recorded interview of Christian Andres CASTRO-Torres was conducted. Christian Andres CASTRO-Torres was read his *Miranda* warnings in Spanish and agreed to willfully answer questions. After an interview conducted by BNSF agent Greg Hughes and I, the following information was learned:

23.     Christian Andres CASTRO-Torres stated he was offered to work in Flagstaff by an unknown individual he met at a Circle K in Chandler, Arizona. He stated that he was offered $200 USD to work. Christian Andres CASTRO-Torres stated he was going to help load master cases into a U-Haul truck, which was determined to be the box truck bearing license plate AZ/ AH21952.

24.     At approximately 4:36 a.m., a video and audio-recorded interview of Pedro Elieser SOTELO-Veliz was conducted. Pedro Elieser SOTELO-Veliz was read his *Miranda* warnings in Spanish and agreed to willfully answer questions. After an interview conducted by BNSF agent Greg Hughes and I, the following information was learned:

25.     Pedro Elieser SOTELO-Veliz stated that a friend only known as "Suegro" offered him a job in Flagstaff, Arizona. He stated that he drove up to Flagstaff, Arizona in a dark-colored sedan. Pedro Elieser SOTELO-Veliz stated that he drove east of Flagstaff, Arizona to a rest area. He added that he was instructed to wait there until given an order to go to the burglary site. Pedro Elieser SOTELO-Veliz stated that he assisted with loading master cases into a U-Haul truck.

26.     BNSF agent Greg Hughes and I attempted to interview the following individuals: Jose Angel RODRIGUEZ-Hurtado, Yamir Eduardo HERNANDEZ-Luzanilla, Leobardo MARTINEZ-Vasquez, and Jordy Manuel VERDUGO-Gutierrez. All were individually read their *Miranda* warnings in Spanish, and each one invoked their right to remain silent. No questions were asked, and each of their interviews were terminated.

### **CONCLUSION**

For these reasons, I submit that there is probable cause to believe that Javier Eduardo VALDEZ-Fierro, Alberto Jordan ATIENZO-Otero, Jose Angel RODRIGUEZ-Hurtado, Christian Andres CASTRO Torres, Pedro Elieser SOLTELO-Veliz, Yamir Eduardo HERNANDEZ-Luzanilla, Leobardo MARTINEZ-Vasquez, and Jordy Manuel

VERDUGO-Gutierrez committed the crime of Possession or Receipt of Goods Stolen from Interstate Shipment, in violation of 18 U.S.C. §§ 659 and 2.

27.    I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

GUSTAVO A BARRERA
Digitally signed by GUSTAVO A BARRERA
Date: 2026.03.04 11:45:21 -07'00'
_____
Gustavo Antonio Barrera
Special Agent
Homeland Security Investigations


Sworn telephonically and subscribed electronically this __4__ day of March 2026.

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2026.03.04 13:52:09 -07'00'
_____
HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge